AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Semisi Fonua

**V.**

Department of Homeland Security

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   06cv1272-J(NLS)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The court dismisses this case without prejudice.........................................................................................

| October 2, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ R. Rhone

(By) Deputy Clerk

ENTERED ON October 2, 2006